## 42609. PLASTICS DEVELOPMENT CORPORATION v. FLEXIBLE PRODUCTS COMPANY.

HALL, Judge. 1. The motion to dismiss is denied for the reasons stated in *Teper v. Weiss,* 115 Ga. App. 621.

2. All enumerations of error relate to alleged errors in the charge of the trial court and are without merit for the reasons stated in *Metropolitan Transit System, Inc. v. Barnette,* 115 Ga. App. 17 (153 SE2d 656).

 *Judgment affirmed. Felton, C. J., and Eberhardt, J., concur.*

ARGUED FEBRUARY 6, 1967—DECIDED APRIL 4, 1967—
REHEARING DENIED APRIL 21, 1967—

*Robert Paul Leiter, Marvin O'Neal, Jr.,* for appellant.
*Custer, Brenner & Smith, Lawrence B. Custer,* for appellee.